IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICK L. NORTH, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | 8:09CV248 |
| | ) | |
| **KINSETH HOTEL CORPORATION,** | ) | **SCHEDULING ORDER** |
| an Iowa Corporation, and **BRUCE** | ) | |
| **KINSETH, an Individual,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the magistrate judge for full pretrial supervision.

The defendants were most recently granted an extension of time until September 22, 2009 to answer or otherwise respond to the complaint. The parties were also directed to meet and confer pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court no later than September 25, 2009.

To date, the defendants have not filed any response to the complaint and the parties have not submitted their Rule 26(f) planning report.

**IT IS ORDERED:**

1. Defendants, Kinseth Hotel Corporation and Bruce Kinseth shall answer or otherwise respond to the Complaint (Doc. 1) no later than **October 15, 2009**.

2. The parties shall file their Rule 26(f) planning report, or file a motion for extension of time in which to do so, no later than **October 22, 2009.**

3. If the defendants fail to answer or respond to the Complaint as ordered in paragraph 1, above, plaintiffs' counsel shall file a written status report advising the court of the plaintiffs' intentions in prosecuting the case.

**DATED October 8, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**