# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICK L. NORTH, an Individual, and MIRACLE HILLS MANHATTAN, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KINSETH HOTEL CORPORATION, an Iowa Corporation, and BRUCE KINSETH, an Individual,<br><br>Defendants. | Case No.  8:09-cv-00248<br><br><br><br>**ORDER** |

For good cause shown,

**IT IS ORDERED** that Plaintiffs' Unopposed Motion for Extension of Time to File Report of Parties' Rule 26(f) Planning Conference (Doc. 19) is granted.  The parties are granted an extension of time until and including **November 6, 2009** in which to either file dismissal documents or, if a settlement is not reached, a Report of Parties' Rule 26(f) Planning Conference.

**DATED October 21, 2009.**

> BY THE COURT:
>
> s/ F.A. Gossett
> **United States Magistrate Judge**